# Exhibit 4:

Email from Corizon CFO Jeff Sholey to Defendant Lefkowitz, January 19, 2022

**From:** "Sholey, Jeff" <Jeff.Sholey@corizonhealth.com>
**To:** "Lefkowitz, Isaac" <IL@corizonhealth.com>
**Subject:** Wire Transactions - Need Accounting.xlsx
**Date:** Wed, 19 Jan 2022 21:38:47 +0000
**Importance:** Normal
**Attachments:** Wire_Transactions_-_Need_Accounting.xlsx

---

Isaac, as we had discussed in late December, we need some support for the accounting for several wires in our December close. Please see the highlighted section in the attached file. Can Michelle and I get view access to our cash account at Signature Bank so that we can track the cash and reconcile to the g/l. Also, we need an underlying agreement for the Geneva Consulting amounts as well.

Jeff

Exhibit #
Lefkowitz 7
08/14/23 - MC
exhibitsticker.com