UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Andrew Lyles and Kohchise Jackson,
as Assignees of the claims of Dr. Keith
Papendick, M.D.,

       Plaintiffs,

v.

Yitzchok Lefkowitz, David Gefner,
Abraham Goldberger, Sara Tirschwell,
Yermiah Leitner, Zalman Schapiro,
Jeffrey Scott King, Perigrove 1018
LLC, and Joel Landau,

       Defendants.

Case No. 2:26-cv-11409-LJM-DRG
Hon. Laurie J. Michelson

---

**ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT**

**THIS MATTER** comes before the Court upon the stipulation of the Parties
to extend the deadline for Defendants Yitzchok Lefkowitz, David Gefner, Abraham
Goldberger, Sara Tirschwell, Yermiah Leitner, Zalman Schapiro, Jeffrey Scott King,
Perigrove 1018 LLC, and Joel Landau to answer or otherwise respond to Plaintiffs'
Complaint, and the Court being fully advised in the premises:

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

The deadline for Defendants Yitzchok Lefkowitz, David Gefner, Abraham
Goldberger, Sara Tirschwell, Yermiah Leitner, Zalman Schapiro, Jeffrey Scott King,
Perigrove 1018 LLC, and Joel Landau to answer or otherwise respond to Plaintiffs'

Complaint is extended to and includes August 17, 2026;

To the extent applicable, the deadline for Plaintiffs to file a response to Defendants' pleadings is extended to and includes September 21, 2026;

To the extent applicable, the deadline for any Defendant to file a reply thereafter is unchanged and remains fourteen days.

**IT IS SO ORDERED**.


Dated: July 15, 2026                        s/Laurie J. Michelson
                                            HON. LAURIE J. MICHELSON
                                            United States District Judge